NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LEE A. SHIELDS,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D18-888
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed December 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.


PER CURIAM.


            Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.